```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
HOWARD SANDAK,

                      Plaintiff,
                                                          **ORDER**
          -against-                                       CV 07-194 (JS)(ARL)

AT&T WIRELESS,

                      Defendant.

----------------------------------------------------------------X
```
**LINDSAY, Magistrate Judge:**

      Before the court is the *pro se* plaintiff's letter application seeking to compel responses to his request for documents. By letter dated June 15, 2007, Mr. Sandak requested that the defendant provide him with copies of fifteen categories of documents relevant to thirteen AT&T Wireless locations. On July 17, 2007, the defendant responded to the request objecting to all fifteen categories of documents. In its response, AT&T Wireless generally contends that the document requests are overly broad, unduly burdensome and seek documents that are in the plaintiff's possession and contain proprietary and confidential information. In addition, the defendant contends that the documents are protected by the attorney-client and work product doctrine.

      The defendant has not responded to the application. However, the court unable to rule on the plaintiff's motion without additional information. Accordingly, on or before August 20, 2007, the defendant is to provide the court with a copy of it privilege log and to clarify the specific objection(s) it is asserting with respect to each category of documents.

Dated: Central Islip, New York            **SO ORDERED:**
       August 10, 2007

                                                                                                    /s/
                                                                      ARLENE R. LINDSAY
                                                                      United States Magistrate Judge